B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## <u>DISCHARGE OF DEBTOR</u>

**DEBTOR INFORMATION:**                                                    **BANKRUPTCY NO.**  2:10–bk–16736–AA
Bill Hinojosa
dba Bill Hinojosa Construction                                           **CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–5073
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 6/21/10


**JOINT DEBTOR INFORMATION:**
Ginger L. Hinojosa
aka Ginger Lea Hinojosa, aka Ginger Hinojosa

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8560
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:** 6/21/10
**Address:**
P.O. Box 2118
Covina, CA 91722

---

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).



BY THE COURT,


Dated: June 21, 2010                                    **Kathleen J. Campbell**
                                                        Clerk of the Court



### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION



---

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

B18 (Official Form 18) Cont.
Rev.(12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2              User: nvandenst           Page 1 of 3              Date Rcvd: Jun 21, 2010
Case: 10-16736                    Form ID: b18             Total Noticed: 110

The following entities were noticed by first class mail on Jun 23, 2010.
db/jdb     +Bill Hinojosa,  Ginger L. Hinojosa,  P.O. Box 2118,  Covina, CA 91722-8118
aty        +Christopher M McDermott,  4375 Jutland Dr Ste 200,  San Diego, CA 92117-3600
aty        +Gilbert B Weisman, ll,  Becket & Lee LLP,  16 General Warren Blvd,  POB 3001,
             Malvern, PA 19355-0701
aty        +Mariarosa De La Cruz,  Chase Auto Finance,  201 N Central Ave AZ1-1191,
             Phoenix, AZ 85004-0073
aty        +Michelle A Marchisotto,  12440 E Imperial Hwy Ste 140,  Norwalk, CA 90650-8307
aty        +Patti H Bass,  3936 E Ft Lowell Rd Ste 200,  Tucson, AZ 85712-1083
smg         Employment Development Dept.,  Bankruptcy Group MIC 92E,  P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Los Angeles City Clerk,  P.O. Box 53200,  Los Angeles, CA  90053-0200
ust        +United States Trustee (LA),  725 S Figueroa St., 26th Floor,  Los Angeles, CA 90017-5524
cr         ++ADVANTA,  700 DRESHER RD,  HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,  c/o Becket and Lee LLP,  POB 3001,
             Malvern, PA  19355-0701)
25753802   ++ADVANTA,  700 DRESHER RD,  HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,  Po Box 844,  Spring House PA 19477)
25753800   +Academy Collection Service,  10965 Decatur Road,  Philadelphia PA 19154-3294
25753801    Academy Collection Service,  P.O. Box 21089,  Philadelphia PA 19114-0589
25753803    Advanta Bankcorp,  P.O Box 8088,  Philadelphia PA 19101-8088
25753804   +Aegis Receivables Mgmt,  P.O. Box 165809,  Irving TX 75016-5809
25753814   +Bank of America,  Bonded Collection Corporation,  29 E. Madison Street, Suite 1650,
             Chicago IL 60602-4435
25753815   +Bank of America/FAMS,  P.O. Box 451409,  Atlanta GA 31145-9409
25753817    Best Buy-HSBC/Bass & Assoc,  3936 E. Fort Lowell Road,  Suite 200,  Tucson AZ 85712-1083
25753818   +Best Buy-HSBC/LVNV Funding,  Po Box 740281,  Houston TX 77274-0281
25753822   +Carmax Auto Finance,  2040 Thalbro St,  Richmond VA 23230-3200
25753826   +Chase Auto Finance,  P.O. Box 78068,  Phoenix AZ 85062-8068
25753827   +Chase/Portfolio Recovry,  120 Corporate Blvd Ste 1,  Norfolk VA 23502-4962
25753828   +Christine Castrejon,  1205 W. Cypress St., #130,  San Dimas CA 91773-3521
25753835   +City of LA-Office of Finance,  NCO Financial Systems Inc.,  P.O. Box 963,
             Brookfield WI 53008-0963
25753836   +Collectcorp Corp,  455 North Third Street, Suite 260,  Phoenix AZ 85004-0630
25753837   +First Equity Card Corp.,  P.O. Box 23029,  Columbus GA 31902-3029
25753838   +First Equity-Amer Recov Service,  C/O Hollins-Schechter,  1851 E. 1st St., 6th Fl,
             Santa Ana CA 92705-4049
25753842   +GC Services,  6330 Gulfton,  Houston TX 77081-1198
25753843    GC Services,  P.O. Box 46940,  Saint Louis MO 63146
25753847   +GMAC Mortgage,  P.O. Box 79136,  Phoenix AZ 85062-9136
25753846   +GMAC Mortgage,  Po Box 4622,  Waterloo IA 50704-4622
25753852   +Hilton Grand Vacations,  Kahane & Associates,  8201 Peters Rd., #3000,
             Fort Lauderdale FL 33324-3292
25753851   +Hilton Grand Vacations,  6355 Metrowest Blvd., Ste. 180,  Orlando FL 32835-6203
25753850   +Hilton Grand Vacations,  P.O. Box 75739,  Chicago IL 60675-5739
25753853    Home Depot,  PO Box 6028,  The Lakes NV 88901-6028
25753854    Home Depot Credit Services,  P.O. Box 6029,  The Lakes NV 88901-6028
25753859   +Internal Revenue Service,  9350 Flair Dr., 4th Fl,  El Monte CA 91731-2828
25753862   +JC Penney/Zwicker & Associates,  80 Minuteman Road,  Andover MA 01810-1008
25753866   +Legal Recovery Law Offices,  5030 Camino de La Siesta, #340,  San Diego CA 92108-3118
25753867    Legal Recovery Law Offices,  P.O. Box 84060,  San Diego CA 92138-4060
25753869   +Money Control,  P.O. Box 49990,  Riverside CA 92514-1990
25753873   +NCB Management Services Inc.,  P.O. Box 1099,  Langhorne PA 19047-6099
25753874   +NCO Financial Systems,  507 Prudential Road,  Horsham PA 19044-2368
25753876   +NCO Financial Systems, Inc.,  P.O. Box 4947,  Trenton NJ 08650-4947
25753871   +Nationwide Credit,  2015 Vaughn Rd. Bldg 400,  Kennesaw GA 30144-7802
25753872   +Nationwide Credit,  Po Box 740640,  Atlanta GA 30374-0640
25753877    Northland Group,  PO Box 390905,  Edina MN 55439-0905
25753879   ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,  P.O. Box 12914,  Norfolk VA 23541)
25753880   +RGS Financial,  P.O. Box 2149,  Addison TX 75001-2149
25753881   +San Dimas Community,  Central Fnl Control,  Po Box 66051,  Anaheim CA 92816-6051
25753882   +Sentry Credit Inc,  POB 12070,  Everett WA 98206-2070
25753883   +Sentry Credit, Inc.,  2809 Grand Avenue,  Everett WA 98201-3417
25753886   +Superior Court of California,  County of Los Angeles,  1427 West Covina Parkway,
             West Covina CA 91790-2728
25753894   ++US BANK,  PO BOX 5229,  CINCINNATI OH 45201-5229
             (address filed with court: US Bank,  P.O. Box 1800,  Saint Paul MN 55101)
25753896   ++US BANK,  PO BOX 5229,  CINCINNATI OH 45201-5229
             (address filed with court: US Bank,  Po Box 790179,  Saint Louis MO 63179)
25753893   ++US BANK,  PO BOX 5229,  CINCINNATI OH 45201-5229
             (address filed with court: US Bank,  Po Box 790084,  Saint Louis MO 63179)
25753889   +United Collection Bureau, Inc.,  5620 Southwyck Blvd. Suite 206,  Toledo OH 43614-1501
25753890   +United Collection Bureau, Inc.,  P.O. Box 1418,  Maumee OH 43537-8418
25753892   +United Consumer Financial Services,  865 Bassett Rd.,  Westlake OH 44145-1194
25753891    United Consumer Financial Services,  P.O. Box 856290,  Louisville KY 40285-6290

The following entities were noticed by electronic transmission on Jun 22, 2010.
tr         +EDI: QDLRAY.COM Jun 21 2010 22:18:00    David L Ray,  Saltzburg, Ray & Bergman,
             12121 Wilshire Blvd., Suite 600,  Los Angeles, CA 90025-1188
smg         EDI: CALTAX.COM Jun 21 2010 22:18:00    Franchise Tax Board,  ATTN: Bankruptcy,  P.O. Box 2952,
             Sacramento, CA  95812-2952
cr         +EDI: CAUT.COM Jun 21 2010 22:13:00    Chase auto finance,  201 n central ave,  az1-1191,
             phoenix, az 85004-0073
```

```
District/off: 0973-2            User: nvandenst          Page 2 of 3              Date Rcvd: Jun 21, 2010
Case: 10-16736                 Form ID: b18             Total Noticed: 110
```

The following entities were noticed by electronic transmission (continued)

```
cr           +EDI: BASSASSOC.COM Jun 21 2010 22:13:00   United Consumer Financial Serv,
              c/o Bass & Associates P C,   3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
25753805     +EDI: ALLIANCEONE.COM Jun 21 2010 22:13:00   Alliance One Receivables Mgmt,
              4850 Street Road, #300,   Feasterville Trevose PA 19053-6643
25753806     +EDI: ALLIANCEONE.COM Jun 21 2010 22:13:00   Alliance One Receivables Mgmt,   P.O. Box 3107,
              Southeastern PA 19398-3107
25753807     +EDI: AMEREXPR.COM Jun 21 2010 22:13:00   American Express,   P.O. Box 0001,
              Los Angeles CA 90096-8000
25753807     +EDI: AMEREXPR.COM Jun 21 2010 22:13:00   American Express,   Po Box 297871,
              Fort Lauderdale FL 33329-7871
25753809     +EDI: ARSN.COM Jun 21 2010 22:13:00   Associated Recovery Systems,   P.O. Box 469046,
              Escondido CA 92046-9046
25753810     +EDI: ARSN.COM Jun 21 2010 22:13:00   Associated Recovery Systems,   P.O. Box 469048,
              Escondido CA 92046-9048
25753812     +EDI: BANKAMER2.COM Jun 21 2010 22:13:00   Bank Of America,   Po Box 17054,
              Wilmington DE 19850-7054
25753811     +EDI: BANKAMER2.COM Jun 21 2010 22:13:00   Bank Of America,   Po Box 1598,
              Norfolk VA 23501-1598
25753813      EDI: BANKAMER2.COM Jun 21 2010 22:13:00   Bank of America,   P.O. Box 15726,
              Wilmington DE 19886-5726
25753816     +EDI: HFC.COM Jun 21 2010 22:13:00   Best Buy,   PO Box 60148,   City of Industry CA 91716-0148
25753897      EDI: CHASE.COM Jun 21 2010 22:18:00   WaMu-Chase,   P.O. Box 660487,    Dallas TX 75266
25753819     +EDI: CAPITALONE.COM Jun 21 2010 22:13:00   Capital One,   Po Box 85520,
              Richmond VA 23285-5520
25753821     +EDI: CAPITALONE.COM Jun 21 2010 22:13:00   Capital One,   PO Box 60599,
              City Of Industry CA 91716-0599
25753820     +EDI: CAPITALONE.COM Jun 21 2010 22:13:00   Capital One,   P.O. Box 5155,
              Norcross GA 30091-5155
25753824     +EDI: CHASE.COM Jun 21 2010 22:18:00   Chase,   PO Box 94014,   Palatine IL 60094-4014
25753823     +EDI: CHASE.COM Jun 21 2010 22:18:00   Chase,   Po Box 15298,   Wilmington DE 19850-5298
25753825     +EDI: CHASE.COM Jun 21 2010 22:18:00   Chase,   P.O. Box 15548,   Wilmington DE 19886-5548
25753833     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Citi,   P.O. Box 6000,   The Lakes NV 89163-0001
25753832     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Citi,   P.O. Box 6410,   The Lakes NV 88901-6410
25753831     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Citi,   P.O. Box 6401,   The Lakes NV 88901-6401
25753829     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Citi,   Po Box 6241,   Sioux Falls SD 57117-6241
25753830     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Citi,   P.O. Box 6409,   The Lakes NV 88901-6409
25753834     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Citicards,   Po Box 6241,   Sioux Falls SD 57117-6241
25753839     +EDI: FMAALLIANCE.COM Jun 21 2010 22:13:00   FMA Alliance Ltd.,   11811 North Freeway, Suite 900,
              Houston TX 77060-3292
25753840      EDI: FMAALLIANCE.COM Jun 21 2010 22:13:00   FMA Alliance, Ltd.,   P.O. Box 2409,
              Houston TX 77252-2409
25753841      EDI: CALTAX.COM Jun 21 2010 22:18:00   Franchise Tax Board,   Bankruptcy Unit,   P.O. Box 2952,
              Sacramento CA 95812-2952
25753844     +EDI: RMSC.COM Jun 21 2010 22:13:00   GE Money Bank,   P.O. Box 103104,   Roswell GA 30076-9104
25753845      EDI: RMSC.COM Jun 21 2010 22:13:00   GEMB,   P.O. Box 103065,   Roswell GA 30076
25753849      EDI: RMSC.COM Jun 21 2010 22:13:00   Green Tree Servicing,   332 Minnesota St, Ste 610,
              Saint Paul MN 55101
25753848     +EDI: RMSC.COM Jun 21 2010 22:13:00   Green Tree,   P.O. Box 6172,   Rapid City SD 57709-6172
25753856      EDI: HFC.COM Jun 21 2010 22:13:00   HSBC,   P.O. Box 60119,   City Of Industry CA 91716-0119
25753855     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Home Depot/CBSD,   Po Box 6497,
              Sioux Falls SD 57117-6497
25753857     +EDI: HFC.COM Jun 21 2010 22:13:00   Hsbc Bank,   Po Box 5253,   Carol Stream IL 60197-5253
25753858      EDI: IRS.COM Jun 21 2010 22:13:00   Internal Revenue Service,   P.O. Box 21126,
              Philadelphia PA 19114-0326
25753860     +EDI: RMSC.COM Jun 21 2010 22:13:00   JC Penney,   P.O. Box 960090,   Orlando FL 32896-0090
25753861     +EDI: RMSC.COM Jun 21 2010 22:13:00   JC Penney/GEMB,   Po Box 984100,   El Paso TX 79998-4100
25753863     +EDI: CBSKOHLS.COM Jun 21 2010 22:13:00   Kohl's,   P.O. Box 30510,   Los Angeles CA 90030-0510
25753864     +EDI: CBSKOHLS.COM Jun 21 2010 22:13:00   Kohl's/Chase,   N56 W 17000 Ridgewood Dr,
              Menomonee Falls WI 53051-5660
25753865     +EDI: PHINPLAZA.COM Jun 21 2010 22:13:00   Law Offices of Mitchell N. Kay,   7 Penn Plaza,
              New York NY 10001-3995
25753868      EDI: RMSC.COM Jun 21 2010 22:13:00   Lowe's,   P.O. Box 530914,   Atlanta GA 30353-0914
25753870      EDI: NESF.COM Jun 21 2010 22:13:00   National Enterprise Systems,   29125 Solon Road,
              Solon OH 44139-3442
25753878     +E-mail/Text: bankruptcy@pb.com              Pitney Bowes Purchase Power VISA,
              P.O. Box 856042,   Louisville KY 40285-6042
25753885     +E-mail/Text: SCIF.LEGAL.BK@SCIF.COM                  State Comp Insurance Fund,
              5860 Owens Dr.,   Pleasanton CA 94588
25753884     +EDI: CITICORP.COM Jun 21 2010 22:13:00   Shell/Citi,   Po Box 6497,   Sioux Falls SD 57117-6497
25753887      EDI: WTRRNBANK.COM Jun 21 2010 22:13:00   Target National Bank,   P.O. Box 59317,
              Minneapolis MN 55459-0317
25753888     +EDI: WTRRNBANK.COM Jun 21 2010 22:13:00   Target Nb,   Po Box 673,   Minneapolis MN 55440-0673
                                                                                             TOTAL: 50
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtsey NEF
25753895*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   P.O. Box 790084,   Saint Louis MO 63179-0084)
                                                                              TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: nvandenst       Page 3 of 3            Date Rcvd: Jun 21, 2010
Case: 10-16736                Form ID: b18          Total Noticed: 110
```

                ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2010**                    **Signature:**